No. 65630.—Old Importers, Inc., and Teigh, Inc. *v.* United States, protests 60/25277 and 60/25282 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiffs was sustained.